## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

US BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR CREDIT SUISSE
FIRST BOSTON CSFB 2005-11,

    Plaintiff,

v.

BARBARA ANN KELLY, et al.,

    Defendants.

_____/

Case No.: PX 24CV3082

USDC - GREENBELT
'24 OCT 23 PM 2:04

HD

Rcv'd by: JM

### NOTICE OF REMOVAL

Defendant Barbara Ann Kelly ("Ms. Kelly"), hereby files this NOTICE OF REMOVAL (the "Notice of Removal"), removing to the United States District Court for the District of Maryland (the "Maryland District Court") that certain cause of action styled *US Bank National Association, As Trustee For Credit Suisse First Boston CSFB 2005-11 v. Barbara Ann Kelly, et al.*, Case No. 11-2009-CA-010813, together with any related counterclaims (hereinafter, the "state court action"). In support, Ms. Kelly states as follows:

The state court action is removable in accordance with 28 U.S.C. §§ 1334 and 1452. See *Pacor, Inc. v. Higgins*, 743 F.2d 984, 994 (3d. Cir. 1984).

The state court action is predicated upon the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq., as amended (the "FDCPA").

Ms. Kelly is a third-party beneficiary of a federal consent order-settlement agreement which arguably includes a Maryland forum selection clause.

1

Ms. Kelly possesses personal injury tort claims which must be tried in the Maryland District Court pursuant to 28 U.S.C. § 157(b)(5).

This removal is timely as the one-year time limit specified in 28 U.S.C. § 1446 does not apply to removals under 28 U.S.C. § 1452. Alternatively, the case is removable pursuant to 28 U.S.C. § 1446(b)(3) as the instant Notice of Removal is being filed within the thirty-day period following the entry of an order in the state court action on October 17, 2024, substituting the named plaintiff in the state court action with a new and distinct plaintiff identified as "US BANK NA TRUSTEE, CREDIT SUISSE FIRST BOSTON MORTGAGE ACCEPTANCE CORP., CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-11, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE." This removal is accordingly timely.

There is no final order in the state court action that fully and finally disposes of all claims against all parties.

Ms. Kelly certifies that within fourteen (14) days of filing this Notice of Removal, she will file true and legible copies of all process, pleadings, documents, and orders which have been served upon her, along with a copy of the current state court docket sheet.

Ms. Kelly does not consent to the entry of final orders or judgment by an Article I Judge.

Dated: October 23, 2024

                                              Respectfully submitted,

                                              /s/ Barbara Kelly

                                              Barbara Ann Kelly, *pro se*
                                              700 Gulf Shore Blvd. N.
                                              Naples, Florida 34102
                                              (301) 325-3528
                                              *bakellymyers@verizon.net*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 23, 2024, the foregoing NOTICE OF REMOVAL was filed with the Clerk of the Maryland District Court and a copy of same was was furnished via first class U.S. Mail, postage prepaid to the following parties:

Shawn Taylor, Esq.
DELUCA LAW GROUP, PLLC
2101 NE 26th Street
Fort Lauderdale, FL 33305
*Counsel for Plaintiff*

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, Florida 34102

_____
Barbara Ann Kelly, *pro se*