**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| US BANK NATIONAL ASSOCIATION, | ) | |
| AS TRUSTEE FOR CREDIT SUISSE | ) | |
| FIRST BOSTON CSFB 2005-11, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 8:24-cv-03082-PX |
| | ) | |
| v. | ) | |
| | ) | |
| BARBARA ANN KELLY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION TO REMAND

Plaintiff US Bank National Association, as Trustee for Credit Suisse First Boston CSFB 2-2005-11 ("U.S. Bank"), by and through undersigned counsel, respectfully submits this Motion to Remand.  In further support of this Motion, U.S. Bank hereby incorporates by reference the accompanying Memorandum in Support of Motion to Remand as if fully set forth herein.

WHEREFORE, U.S. Bank respectfully requests that this Court grant its Motion to Remand, remand this case back to the Collier County Circuit Court, and enjoin Defendants from making any additional attempts to remove to this Court the case captioned *U.S. Bank, N.A. v. Barbara Ann Kelly, et al.*, Circuit Court of the Twentieth Judicial Circuit In and For Collier County, Florida, Case No. 11-2009-CA-010813.

Dated: October 31, 2024

Respectfully Submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Timothy R. Willman*
Andrew J. Narod, Esq. (Bar No. 29738)
Timothy R. Willman (Bar No. 21088)
Bradley Arant Boult Cummings LLP
1615 L Street, N.W., Suite 1350
Washington, D.C. 20036
Telephone: (202) 719-8271

Facsimile: (202) 719-8371
E-mail: anarod@bradley.com
         twillman@bradley.com
*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on October 31, 2024, a true and exact copy of the foregoing has this day been filed with the Court's CM/ECF system, which will serve a copy of the foregoing on all electronic filers, and has been forwarded to Defendant Barbara Ann Kelly by depositing a copy of the same in the United States Mail, first class postage prepaid, and addressed as follows:

Barbara Ann Kelly
700 Gulf Shore Blvd. N
Naples, FL 34102
*Pro Se Defendant*

*/s/ Timothy R. Willman*
Timothy R. Willman
Counsel for Plaintiff