IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

US BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR CREDIT SUISSE
FIRST BOSTON CSFB 2005-11,

                                                                             Case No.: 8:24-cv-03082-PX

    Plaintiff,

v.

BARBARA ANN KELLY, et al.,

    Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

Defendant Barbara Ann Kelly files this *Suggestion of Bankruptcy* suggesting to the Court that all further proceedings in the above-captioned case be stayed, and states:

On November 8, 2024 (the "Petition Date"), 700 TRUST filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Florida (Gainesville), Bankruptcy Petition #: 24-10230 (the "Bankruptcy Petition"). Said Bankruptcy Petition constitutes an order for relief pursuant to the provisions of the Bankruptcy Code and said Bankruptcy Petition has not been dismissed.

The above-captioned case was filed prior to the Petition Date and the property upon which the above-captioned case is premised constitutes property of the 700 TRUST bankruptcy estate pursuant to 11 U.S.C. § 541 and is subject to the automatic stay pursuant to 11 U.S.C. § 362.

WHEREFORE, it is respectfully suggested that this Court, in accordance with the provisions of the Bankruptcy Code, enter an order staying all further proceedings in the above-

1

captioned case until such time as the automatic stay imposed by 11 U.S.C. § 362 in Bankruptcy Petition #: 24-10230 is dissolved.

Dated: November 12, 2024

Respectfully submitted,

*[signature]*

Barbara Ann Kelly, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-3528
*bakellymyers@verizon.net*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2024, the foregoing SUGGESTION OF BANKRUPTCY was filed with the Clerk of the Maryland District Court and a copy of same was was furnished via first class U.S. Mail, postage prepaid to the following parties:

Andrew J. Narod, Esq.
Timothy R. Willman
Bradley Arant Boult Cummings LLP
1615 L Street, N.W., Suite 1350
Washington, D.C. 20036

_____
Barbara Ann Kelly, *pro se*